UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUSTAVIA HOME, LLC,

                        Plaintiff,                         **ORDER APPOINTING A**
                                                           **SUBSTITUTE REFEREE**

                        against,                                 1:17-CV-00801-JBW-RER

RENEE BUTLER a/k/a RENEE MASLIKHOV,
SERGEI MASLIKHOV, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,
NEW YORK CITY PARKING VIOLATIONS
BUREAU,
                        Defendants.

**RAMON E. REYES, JR., U.S.M.J.:**

      **WHEREAS** a Judgment of Foreclosure and Sale (the "Judgment") dated September 6, 2017 appointed Magistrate Judge Ramon E. Reyes, Jr. Referee; and

      **WHEREAS** the judgment of foreclosure and sale ordered that in the absence of the Referee, the Court may designate a Substitute Referee; and

      **WHEREAS** Magistrate Judge Ramon E. Reyes, Jr. is unable to act as Referee; it is hereby:

      **ORDERED**, that David Louis Cohen, Esq., having an office at 125-10 Queens Boulevard, Suite 5, Kew Gardens, New York 11415 (telephone number: 718-793-1553), shall be appointed as Referee in place and stead of Magistrate Judge Ramon E. Reyes Jr., and that said person is hereby authorized, empowered and designated to appear herein as Referee, and it is further,

**ORDERED**, that the foreclosure sale take place Friday, December 1, 2017 at 2:00pm in Magistrate Judge Reyes's Courtroom 2E North, 225 Cadman Plaza East, Brooklyn, NY 11201, and it is further,

**ORDERED**, that all other orders contained in the Judgment remain in effect.

SO ORDERED.

Dated: October 26, 2017
Brooklyn, New York

*Ramon E. Reyes Jr.*

Ramon E. Reyes, Jr.
United States Magistrate Judge