UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
STANDARD OIL CREDIT HOLDING GROUP, LLC,

    Plaintiff,

vs.

RENEE BUTLER a/k/a RENEE MASLIKHOV, SERGEI MASLIKHOV, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY PARKING VIOLATIONS BUREAU,

    Defendants.
------------------------------------------------------- x

1:17-CV-00801-JBW-RER

CIVIL ACTION

**ORDER SCHEDULING FORECLOSURE SALE**

WHEREAS a Judgment of Foreclosure and Sale (the "Judgment") was entered on September 12, 2017.  On October 26, 2017, an Order was entered appointing David Louis Cohen, Esq. as Referee.

WHEREAS, on November 29, 2017 said Judgment was assigned to Standard Oil Credit Holding Group, LLC.

WHEREAS, a foreclosure sale was scheduled for Friday, December 1, 2017 at 2:00 p.m. in Magistrate Judge Reyes's Courtroom 2E North, 225 Cadman Plaza East, Brooklyn, NY 11201.

WHEREAS, on November 30, 2017, defendant Renee Butler a/k/a Renee Maslikhov filed a Chapter 13 bankruptcy proceeding.  As such, the foreclosure sale was stayed.  On November 20, 2018, the case was dismissed.

WHEREAS, it is hereby:

ORDERED, that the foreclosure sale take place on Friday, May 3, 2019 at 2:00 p.m. in

Magistrate Judge Reyes's Courtroom 2E North, 225 Cadman Plaza East, Brooklyn, NY 11201.

ORDERED, that all other orders contained in the Judgment remain in effect.

SO ORDERED.
Dated:

_____
RAMON E. REYES, JR.
United States Magistrate Judge